JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| LEONARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>　　　　Defendant. | Case No.: 2:19-cv-02270-R-PLA<br><br>Complaint Filed: March 26, 2019<br><br>**JUDGMENT**<br><br>Trial Date:　　　　June 23, 2020<br>Final Pretrial Conf.: June 8, 2020<br>Discovery Cut-Off:　March 25, 2020 |

**TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

On November 4, 2019, Defendant filed its Motion for Judgment on the Pleadings ("Motion") against Plaintiff. (Doc. No. 35.). On December 2, 2019, the Court GRANTED Defendant's Motion. (Doc. No. 40.)

IT IS THEREFORE HEREBY ORDERED, ADJUDGED, AND DECREED:

Judgment is entered in favor of Defendant City of Los Angeles and against Plaintiff Leonard Johnson.

**IT IS SO ORDERED**.

Dated: December 09, 2019

　　　　　　　　　　　　　　　　/s/ Gary Klausner
　　　　　　　　　　　　　　　　The Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　United States District Judge

1

JUDGMENT